**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 11, 2007

**United States District Court-Eastern**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 07-04456 JSW  JOSHUA SELFRIDGE-v-DUEL VOCATIONAL INSTITUTION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☐    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*[signature]*

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

September 11, 2007

**United States District Court-Eastern**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 07-04456 JSW  JOSHUA SELFRIDGE-v-DUEL VOCATIONAL INSTITUTION

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☐    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,
                        RICHARD W. WIEKING, Clerk

                        by:  Hilary D. Jackson
                        Case Systems Administrator

Enclosures
Copies to counsel of record

.